# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

_____

### JUDGMENT IN A CIVIL CASE

Enrique Cazarez, Jr.,

    Plaintiff,

    **V.**                               Case No. 14-0278-CV-W-DGK-P

Michael J. Gunter,

    Defendant.


☐    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■    **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: ORDERED that:
(1)    defendant's motion to dismiss (Doc. No. 11) is GRANTED; and
(2)    this case is DISMISSED, with prejudice, as barred by Missouri's five-year statute of limitations.


Entered on: <u>September 19, 2014.</u>

                                                    ANN THOMPSON
                                                    COURT EXECUTIVE


                                                    <u>/s/ C. Thoennes</u>
                                                    (By) Deputy Clerk